UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| WILLIAM MASTERS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 5:17-cv-00006-MFU |
| | ) | |
| vs. | ) | PLAINTIFF'S STATEMENT OF |
| | ) | UNDISPUTED FACTS |
| | ) | |
| HARRISON & JOHNSTON PLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS**

In support of Plaintiff's Motion for Summary Judgment, Plaintiff sets forth the following

facts which Plaintiff submits are undisputed and the location in the record for the proof that the

facts are undisputed:

1. On November 8, 2016, Defendant filed a lawsuit docketed as GV16004149-00 against Plaintiff in Winchester General District Court in order to collect an alleged outstanding balance owed to Neurologic Associates PLC ("lawsuit"). *See* Ex. G, Def. Resp. to Pl. Req. for Admis. #1.

2. No payments were made on the alleged debt owed to Neurologic Associates PLC since 2008. *See* Ex. G, Def. Resp. to Pl. Req. for Admis. #2.

3. Defendant's lawsuit filed against Plaintiff as Case Number GV16004149-00 on November 8, 2016 was filed past the applicable statute of limitations in the State of Virginia. *See* Ex. G, Def. Resp. to Pl. Req. for Admis. #2 and #3 ("It was subsequently determined, after consultation with Neurologic Associates, PLC, that the Masters account was open, but it did not have any activity on the account within the period of the applicable statute of limitations.").

4. Defendant maintains no documents that sets forth the procedures of Defendant related to accounts received for collections and initiating litigation. *See* Ex. F, Def. Resp. to Pl. Req. for Doc. Prod. #5.

5. Defendant reviewed the following documents related to Plaintiff's account prior to initiating the lawsuit against Plaintiff: (1) Patient Info Sheet from Neurologic Associates, PLC for Plaintiff; (2) Patient Receipt from Neurologic Associates, PLC for Plaintiff; (3)

1

Signed Patient Promise to Pay from Neurologic Associates, PLC for Plaintiff; and (4) Signed Insurance Information sheet from Neurologic Associates, PLC for Plaintiff. *See* Ex. A-D, Ex. E, Def. Resp. to Pl. Interrog. #9 and #13.

6.      After being advised that the lawsuit was filed past the applicable statute of limitations in Virginia, Defendant dismissed the lawsuit with prejudice. *See* Ex. E, Def. Resp. to Pl. Interrog. #8.

Dated: August 8, 2017

> Respectfully Submitted,
> _s/ Taylor-Lee W. Stokes_____
> Taylor-Lee W. Stokes
> Taylor-Lee W. Stokes, P.C.
> 6933 Commons Plaza, Suite 101
> Chesterfield, VA 23832
> Telephone: 804-318-0653
> Email: twstokes@attorneysstokes.com
>
> _s/ Matthew T. Sheffield_____
> Matthew T. Sheffield Esq.
> Law Offices of Michael Lupolover
> 120 Sylvan Avenue, Suite 300
> Englewood Cliffs, NJ 07632
> (T) 201-461-0059
> (F) 201-608-7116
> (E) ms@lupoloverlaw.com

2