UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

|  |  |  |
|---|---|---|
| WILLIAM MASTERS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 5:17-cv-00006-MFU |
| | ) | |
| vs. | ) | DECLARATION OF MATTHEW T. |
| | ) | SHEFFIELD |
| | ) | |
| HARRISON & JOHNSTON PLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF MATTHEW T. SHEFFIELD

Pursuant to 28 U.S.C. § 1746, Matthew T. Sheffield declares and states as follows:

1.    I am an attorney for Plaintiff in the above-captioned matter.

2.    The Patient Information Sheet attached as Exhibit A to Plaintiff's Memorandum is a true and correct copy of the document received from Defendant in discovery with the exception of redactions made to comply with Rule 5.2 of the Federal Rules of Civil Procedure.

3.    The Patient Receipt attached as Exhibit B to Plaintiff's Memorandum is a true and correct copy of the document received from Defendant in discovery with the exception of redactions made to comply with Rule 5.2 of the Federal Rules of Civil Procedure.

4.    The Patient Promise to Pay attached as Exhibit C is a true and correct copy of the document received from Defendant in discovery with the exception of redactions made to comply with Rule 5.2 of the Federal Rules of Civil Procedure.

5.    The Insurance Information Sheet attached as Exhibit D is a true and correct copy of the document received from Defendant in discovery in discovery with the exception of redactions made to comply with Rule 5.2 of the Federal Rules of Civil Procedure.

6.    Defendant's Interrogatory Responses attached as Exhibit E is a true and correct copy of

1

the responses served by Defendant's counsel on Plaintiff's counsel in discovery.

7.    Defendant's Responses to Plaintiff's Request for Production of Documents attached as Exhibit F is a true and correct copy of the responses served by Defendant's counsel on Plaintiff's counsel in discovery.

8.    Defendant's Responses to Requests for Admissions attached as Exhibit G is a true and correct copy of the responses served by Defendant's counsel on Plaintiff's counsel in discovery.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 8, 2017

Respectfully submitted,


_s/ Matthew T. Sheffield_____
Matthew T. Sheffield Esq.
Law Offices of Michael Lupolover
120 Sylvan Avenue, Suite 300
Englewood Cliffs, NJ 07632
(T) 201-461-0059
(F) 201-608-7116
(E) ms@lupoloverlaw.com