**Patient Info**    **Practice:** NEUROLOGIC ASSOCIATES PLC          **Date:** 6/24/2016

**ID:.**      6222.0  **Chart No:** M6222.0    **Provider:**      LANDRIO, MARK
**Last Name:** MASTERS          **First:** WILLIAM    **MI:**   C **Generation:**
**Address:** ████████████████
**City:**     CROSS JUNCTION       **State:** VA       **ZIP:** 22625
**Phone-home:** (540) ███-4889 (P)   **Phone-work:**      (540) ██-1361 (S)
**Phone-cell:**                **Phone-alternate:**
**Email Address:**
**Sex:**      M    **Marital Status:** M   **Referring Phys:** DUCK, ROBERT     (540) 722-0220
**SS No:** █████████        **Primary Care :** DUCK, ROBERT     (540) 722-0220
**Employer:**              **DOB:** ██████   **Age:** 73
**Alerts:**
**Remarks:**    ***DO NOT SCHEDULE ANY APPOINTMENTS/TESTS WITH THIS PATIENT***
              12/23/08 pt to collections $392.99


**Plan Information:**
**Plan:**      4-ANTHEM
              PO BOX 27401
              RICHMOND, VA   23279

**Phone:**     (800) 533-1120
**Pol#/Grp:** YTX3695165XU/12000000
**Relation:** Self
**Sof/Assgn:** Y/Y

**Insured:** WILLIAM C MASTERS
**Address:** ███████████████
         CROSS JUNCTION, VA   22625

**Phone:**     (540) ███-4889
**Dob:** █████████
**Employer:**

I request that payment of authorized benefits be made either to me or on my behalf
to the above provider for services furnished by that physician. I authorize release
to the indicated insurance carrier any medical information about me needed to
determine these payments for related services.


Date _____         Signature _____

