PATIENT RECEIPT
Phone:(540) 722-8882

NEUROLOGIC ASSOCIATES PLC
136 LINDEN DRIVE
SUITE 104
WINCHESTER, VA  22601

| Date: | 6/24/2016 |
|---|---|
| Patient No: | 6222.0 |
| Phone: | (540) 722-8882 |
| Federal ID: | 204464133 |

Diagnosis:
G47.30 SLEEP APNEA OTHER AND UNSPEC
G47.30 SLEEP APNEA OTHER AND UNSPEC

WILLIAM C MASTERS

CROSS JUNCTION, VA  22625

| | | | | | | Beginning Balance: | | $0.00 |
|---|---|---|---|---|---|---|---|---|
| Date | Code | POS | Description | Prov | Diag | Amount | Balance | Total |
| 07/05/2008 | 95810 | 11 | SLEEP STUDY W/O CPAP | SLEEP | G47.30 | $1,300.00 | $1,300.00 | $1,300.00 |
| 07/22/2008 | 7 | PO | PAYMENT ANTHEM#245639 | SLEEP | | ($736.43) | $563.57 | $563.57 |
| 07/22/2008 | 47 | W1 | W/O ANTHEM | SLEEP | | ($281.75) | $281.82 | $281.82 |
| 07/22/2008 | DEDUC | PO | APPLIED TO DEDUCTIBLE $200.( | SLEEP | | | $281.82 | $281.82 |
| 07/22/2008 | COINS | PO | CO-INSURANCE $81.82 | SLEEP | | | $281.82 | $281.82 |
| 12/18/2008 | 78 | W1 | W/O COLLECTIONS | SLEEP | | ($281.82) | $0.00 | $0.00 |
| 07/19/2008 | 95811 | 11 | SLEEP STUDY W CPAP | SLEEP | G47.30 | $1,400.00 | $1,400.00 | $1,400.00 |
| 08/05/2008 | 7 | PO | PAYMENT ANTHEM#252530 | SLEEP | | ($1,000.58) | $399.42 | $399.42 |
| 08/05/2008 | 47 | W1 | W/O ANTHEM | SLEEP | | ($288.25) | $111.17 | $111.17 |
| 08/05/2008 | COINS | PO | CO-INSURANCE $111.17 | SLEEP | | | $111.17 | $111.17 |
| 12/18/2008 | 78 | W1 | W/O COLLECTIONS | SLEEP | | ($111.17) | $0.00 | $0.00 |
| | | | | | | Ending Balance: | | $0.00 |

| RESP. | Current | 31 - 60 | 61 - 90 | Over 90 | Balance |
|---|---|---|---|---|---|
| Patient | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |



EXHIBIT

B

6/24/2016 14:00                          **NEUROLOGIC ASSOCIATES PLC**

**Patient: 6222.0 - MASTERS, WILLIAM C**

| Date: | 08/28/2008 | 11/24/2008 -  Placed into collection category |
| | | 10/21/2008 Bill Sent, Amt = $392.99, MsgNo = 2 |
| | | 09/22/2008 Bill Sent, Amt = $392.99, MsgNo = 1 |
| | | 08/28/2008 Bill Sent, Amt = $392.99, MsgNo = 0 |
| User: | SYSTEM | |