# NEUROLOGIC ASSOCIATES, PLC
905 CEDAR CREEK GRADE, SUITE 200 WINCHESTER, V.A. 22601
DR. MARK A. LANDRIO, MELANIE CHADWICK, ANP , MARCIA MCKEE , BSN, CFNP

today's date _7-5-08_

## Welcome to our office

Patient Name _William Masters_

Date of Birth _[redacted]_    SSN _[redacted]_

Mailing Address _[redacted]_
_Cross Junction, VA 22625_

Phone (home) _540___4889_    (Cell) _540___-1361_

Primary care physician (name &address) _Dr Robert Duck_

Patient employer _Virginia State Police_

Emergency contact _Maria Masters_    Phone _540___-4839_
Insurance policy holder (if different from patient)_____

Insured's employer ____
Date of birth (of policy holder)_[redacted]_ SSN _[redacted]_
Copay is due at time of appointment, we do not take credit cards,(cash & check only)
PLEASE List anyone authorized by you to receive information on your
behalf _Maria Masters  /  Melissa Masters_
If patient is under the age of 18, please print the name of responsible party-

(It is your responsibility to be sure that you have obtained the necessary referrals from your insurance carrier.)
INSURANCE AUTHORIZATION AND ASSIGNMENT
I request that payment of authorized Medicare/ other insurance company benefits be made either to me or on my behalf to Neurologic Associates PLC for any services furnished me by the physician/supplier. I authorize any holder of medical information about me to release to the health care financing administration and its agents any information needed to determine these benefits or the benefits payable to related services. I understand my signature requests that payment be made and authorizes release of medical information necessary to pay the claim. By signing this the patient is in agreement to pay the services rendered by the physician/supplier that are not covered by the patients insurance company or If SELF PAY, agrees to pay a minimum of $100.00 at the time of initial visit. AS OF 2-1-08 WE HAVE A $25.00 "NO SHOW" FEE, PLEASE CALL WITHIN 24-48 HOURS OF YOUR APPT TO CANCEL. A copy of this authorization may be used in place of the original or signature on file may be entered on a claim form instead of a signature. By signing this you are confirming receipt of HIPAA compliance form
Signature _[signature]_    Date _7-5-08_

**EXHIBIT**

tabbies

C