## NEUROLOGIC ASSOCIATES, PLC
MARK A. LANDRIO, M.D.
MELANIE CHADWICK, A.N.P.
MARCIA McKEE, BSN, C.F.N.P.

This is our list of insurances that we are currently taking, please contact your insurance company if you have any questions regarding participation, referrals and prior authorizations. **(it is the patient's responsibility to obtain the prior authorization's and/or referrals)

MEDICARE
MEDICAID OF VIRGINIA  ***NO HMO'S – HEALTHKEEPERS
                               -- V.A. PREMIER
                               -- OPTIMA
ANTHEM, BLUE CROSS BLUE SHIELD OF VIRGINIA
CIGNA
TRICARE- TRICARE FOR LIFE (NOT TRICARE PRIME)
SIPA
AETNA
UNITED HEALTHCARE
SENTARA-COMMUNITY HEALTH
NCPPO
ACORDIA PEIA-CHIPS
PERDUE FARMS
SYSCO FOODS
AMERIHEALTH
PHYSICIANS SERVICES-4 MOST NETWORK
SOUTHERN HEALTH
PRIMARY PHYSICIANS CARE
MUTUAL OF OMAHA
MAMSI, OPTIMUM CHOICE, ALLIANCE PPO, MDIPA
MT STATE, PPO ONLY
********WE DO NOT PARTICIPATE WITH WEST VIRGINIA MEDICAID, FREEDOM BLUE , W.V. DEPT. OF LABOR OR W.V. WORKERS COMP.

PLEASE SIGN TO ACKNOWLEDGE RECEIVING THIS INFORMATION:

_____    DATE 7-5-08

