UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

WILLIAM MASTERS,                   )
       Plaintiff,               )
                                )
                                )
v.                                 )    Civil Action No. 5:17-cv-00006-MFU
                                )
HARRISON & JOHNSTON, PLC,          )
       Defendant.               )
_____ )

### DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

*COMES NOW* the Defendant, Harrison & Johnston, PLC ("H&J"), by its counsel Stephen

L. Pettler, Jr., and in response to the Plaintiff's First Request for Production of Documents filed in

this matter by the Plaintiff, William Masters ("Masters") states as follows:

### General Objection

H&J objects to the definitions issued with the requests to the extent they exceed the strictures

of the Federal Rules of Civil Procedure.

### Responses to Requests for Production of Documents

1.      Any and all documents identified in response to all sets of Plaintiff's First Set of Requests for Interrogatories.

**RESPONSE: Non-public documents responsive to this request are attached. To the extent documents identified in H&J's answers to interrogatories are pleadings in matters of public record, H&J objects as the same are already in the possession or control of Masters or are as equally accessible to him as to H&J.**

2.      Any and all documents in the possession or control of the Defendant that Defendant claims are in any way relevant to the subject matter of the instant lawsuit.

**RESPONSE: Non-public documents responsive to this request are attached. To the extent documents identified in H&J's answers to interrogatories are pleadings in matters of public record, H&J objects as the same are already in the possession or control of Masters or are as equally accessible to him as to H&J.**



EXHIBIT
F
tabbies'

3.    Any and all documents recording, documenting or otherwise tracking Defendant's attempts to collect a debt from Plaintiff, including by not limited to:

      a. Records of all inbound or outbound telephone calls, to or from Plaintiff;

      b. Records of all inbound or outbound United States mail, to or from Plaintiff;

      c. Records of all other inbound or outbound communication of whatever kind, to or from Plaintiff.

**RESPONSE:** **H&J possesses no documents responsive to this request.**

4.    Any and all documents received by Defendant from Neurologic Associates PLC or any other entity regarding the alleged debt for which a lawsuit filed by Defendant in Winchester General District Court under Case No. GV16004149-00.

**RESPONSE:** **Documents responsive to this request are attached.**

5.    Any and all documents setting forth the procedures of Defendant related to accounts received for collections and initiating litigation.

**RESPONSE:** **H&J possesses no documents responsive to this request.**

6.    Any and all documents setting forth any review of Plaintiff's account which a lawsuit filed by Defendant in Winchester General District Court under Case No. GV16004149-00.

**RESPONSE:** **H&J possesses no documents responsive to this request.**

7.    Any and all documents either sent by Defendant to Plaintiff or sent by Plaintiff to Defendant regarding the account filed by Defendant in Winchester General District Court under Case No. GV16004149-00 by any employee of Defendant.

**RESPONSE:** **Objection.  There are no documents other than those filed on the GDC Suit, therefore, H&J objects to producing the same as they are already in the possession or control of Masters or are as equally accessible to him as to H&J.**

                **RESPECTFULLY SUBMITTED:**

                **HARRISON &JOHNSTON, PLC**

                *By Counsel*

HARRISON & JOHNSTON, PLC

Stephen L. Pettler, Jr. Esquire [Va. Bar # 44436]
21 South Loudoun Street
Winchester, Virginia 22604
Tel. 540.667.1266
Fax. 540.667.1312
Email: pettler@harrison-johnston.com
Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July __ , 2017, the foregoing document was caused to be served on the persons addressed below by email and regular mail:

Taylor-Lee Wickersham Stokes
Law Office of Taylor-Lee W. Stokes, P.C.
6933 Commons Plaza, Suite 101
Chesterfield, Virginia 23832
twstokes@attorneysstokes.com

Matthew T. Sheffield
Law Offices of Michael Lupover
120 Sylvan Avenue, Suite 300
Englewood Cliffs, New Jersey 07632
ms@lupoverlaw.com

Stephen L. Pettler, Jr. Esquire [Bar # 44436]
21 South Loudoun Street
Winchester, Virginia 22604
Tel. 540.667.1266
Fax. 540.667.1312
Email: pettler@harrison-johnston.com