UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

WILLIAM MASTERS,                       )
      Plaintiff,                       )
                                       )
v.                                     )    Civil Action No. 5:17-cv-00006-MFU
                                       )
HARRISON & JOHNSTON, PLC,              )
      Defendant.                       )
                                       )

## DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION

*COMES NOW,* the Defendant, Harrison & Johnston, PLC ("H&J"), by and through counsel, and responds to the Requests for Admissions propounded to it by Plaintiff, William Masters ("Masters"), as follows:

### General Objection

H&J objects to the instructions issued with the Requests for Admission to the extent they exceed the strictures of the Federal Rules of Civil Procedure.

### Responses to Requests for Admission

**Request for Admission No. 1**

Admit that on November 8, 2016, Defendant filed a lawsuit against Plaintiff in Winchester General District Court in order to collect an alleged outstanding balance owed to Neurologic Associates, PLC and assigned Case Number GV16004149-00.

**ANSWER: Admitted.**



**Request for Admission No. 2**

Admit that no payments were made on the alleged debt owed to Neurologic Associates, PLC since 2008.

**ANSWER: Admitted.**

**Request for Admission No. 3**

Admit that Defendant's lawsuit filed against Plaintiff as Case Number GV16004149-00 on November 8, 2016 was filed past the applicable statute of limitations in the State of Virginia.

**ANSWER: Denied. When the suit was filed, it was understood by H&J that Masters' obligation to Neurologic Associates, PLC was an open account that was currently due. H&J understood that all of the accounts which it agreed to collect for Neurologic Associates, PLC (442 accounts in total) were open accounts that were currently due or on which there had been recent payment activity from the debtors. It was subsequently determined, after consultation with Neurologic Associates, PLC, that the Masters account was open, but it did not have any activity on the account within the period of the applicable statute of limitations.**

**Request for Admission No. 4**

Admit that Defendant subsequently dismissed the lawsuit against Plaintiff in Winchester General District Court after being informed the lawsuit filed against Plaintiff as Case Number GV16004149-00 was filed past the applicable statutes of limitations in the State of Virginia.

**ANSWER: Denied. H&J caused the lawsuit to be dismissed when it was determined that Masters' obligation to Neurologic Associates, PLC was not an open account that was then currently due. See response to RFA 3 which is incorporated herein by reference as though set forth at length.**

**Request for Admission No. 5**

Admit that no attorney employed by Defendant personally review Plaintiff's account information before the lawsuit field against Plaintiff as Case Number GV16004149-00 was filed.

**ANSWER: Denied. Attorneys at H&J did personally review Plaintiff's account information before the lawsuit field against Plaintiff as Case Number GV16004149-00 was filed.**

**Request for Admission No. 6**

Admit that Defendant does not have procedures in place to ensure that cases are not filed past the applicable statute of limitations.

**ANSWER: Denied. Attorneys with H&J review all claims to determine that cases filed for those claims are filed within the applicable statute of limitations.**

**Request for Admission No. 7**

Admit that Plaintiff's account was provided to Defendant as one of 442 collection cases to filed by Neurologic Associates, PLC.

**ANSWER: Denied. Plaintiff's account was provided to H&J as one of 442 collection cases Neurologic Associates, PLC engaged H&J to collect. Suit was not filed to collect all of these accounts.**

**Request for Admission No. 8**

Admit that Plaintiff's account was one of 442 collection cases filed by Defendant on behalf of Neurologic Associates, PLC on or about November 8, 2016.

**ANSWER: Denied. See response to RFA 7 which is incorporated herein by reference as though set forth at length. By way of further response, not all suits filed for Neurologic Associates, PLC by H&J were filed on November 8, 2016.**

**Request for Admission No. 9**

Admit that Plaintiff's account was filed by Defendant on behalf of Neurologic Associates, PLC "as part of a large batch of claims being processed".

**ANSWER: Denied as stated. It is admitted that H&J processed a large batch of claims for Neurologic Associates, PLC as part of H&J's engagement. It is denied that the claim against Master's for his unpaid account was filed as part of "a large batch" of claims that were filed by H&J on behalf of Neurologic Associates, PLC. 18 claims were filed by H&J on behalf of Neurologic Associates, PLC on or about November 8, 2016.**

I hereby certify, under penalty of perjury, that the foregoing responses to the Requests for Admissions propounded by Plaintiff William Masters are true and correct to the best of my knowledge, information, and belief.

Harrison & Johnston, PLC

By: Cary M. Craig, Jr., Authorized Member

**COMMONWEALTH OF VIRGINIA**
**CITY OF WINCHESTER, to wit:**

Subscribed and sworn to before me on this ___ day of July, 2017.

Notary Public

**RESPECTFULLY SUBMITTED:**

**HARRISON &JOHNSTON, PLC**

*By Counsel*

HARRISON & JOHNSTON, PLC

Stephen L. Pettler, Jr. Esquire [Va. Bar # 44436]
21 South Loudoun Street
Winchester, Virginia 22604
Tel. 540.667.1266
Fax. 540.667.1312
Email: pettler@harrison-johnston.com
Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2017, the foregoing document was caused to be served on the persons addressed below by email and regular mail:

Taylor-Lee Wickersham Stokes
Law Office of Taylor-Lee W. Stokes, P.C.
6933 Commons Plaza, Suite 101
Chesterfield, Virginia 23832
twstokes@attorneysstokes.com

Matthew T. Sheffield
Law Offices of Michael Lupover
120 Sylvan Avenue, Suite 300
Englewood Cliffs, New Jersey 07632
ms@lupoverlaw.com

Stephen L. Pettler, Jr. Esquire [Bar # 44436]
21 South Loudoun Street
Winchester, Virginia 22604
Tel. 540.667.1266
Fax. 540.667.1312
Email: pettler@harrison-johnston.com